UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:                                                                                          Case No.: 16-23672 (RDD)
                                                                                                      Chapter 13
Kristin M. Farley,
                                    Debtor.
_____

## ORDER ADJOURNING LOSS MITIGATION STATUS CONFERENCE

It appearing that the above debtor, Kristin M. Farley requested Loss Mitigation under General Order M-413 with Waterfall Victoria Master Fund, LTD., under loan number **** 9901, over the property located at 25 Grand Street, New City, NY 10956; and it further appearing that this Court entered an Order on or about October 5, 2017 granting such request; and it further appearing that the parties have been cooperating with respect to the present Loss Mitigation and, through their counsel, have agreed to adjourn the Status Conference from January 10, 2018 until April 11, 2018; and good cause appearing therefor, it is hereby

ORDERED, that the Loss Mitigation Status Conference will now be held on April 11, 2018 at 10:00 a.m. in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Dated:  White Plains, New York
            January 16, 2018

                                                                              /s/ Robert D. Drain            _
                                                                              United States Bankruptcy Judge