**S&E**
Stern & Eisenberg | PC

**Stern & Eisenberg, PC**
www.sterneisenberg.com

Woodbridge Corporate Plaza
485B Route 1 South, Suite 330
Iselin, New Jersey 08830
Telephone: (732) 582-6344
Facsimile: (732) 726-8719
mcascino@sterneisenberg.com

**Margaret J. Cascino**
*Managing Attorney*

June 11, 2018

Judge Carla E. Craig
United States Bankruptcy Court
Eastern District of New York

    Re:        Sabrina Faistman aka Sabrina Zipporah Ambalo
    Case Number: 18-41259-cec
    Subject:   **Status Report of Loss Mitigation between Debtors and Creditor**

Dear Judge Craig:

    Our office represents New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing in the current loss mitigation proceeding. Please accept this letter as an update in advance of next week's hearing:

    On May 9, 2018, Debtor submitted their initial loss mitigation package. As of the date of this letter, the following is needed to complete Debtor's loss mitigation package.

    1) Need the two most recent filed tax returns with all schedules. They must be signed and dated. If self-employed, income or rental income. Need schedule C and or E.

    Need signed & dated TR for 2016 & 2017 can't have any whiteouts.

    2) Need two most recent bank statements for all checking and savings account and must include all pages.

    3) If there are any large deposits of $1000 or more reflecting on bank statements; we will need a signed and dated letter of explanation indicating the source of the deposits.

    4) Need proof of income such as most recent consecutive paystubs covering a 30 day period. If borrower on a fixed income, need benefit award letter and 2 months proof of receipt. If borrower self-employed, need most recent signed and dated profit & loss statement covering 3 complete full months or year to date.
    ** paystubs received are not legible

    5) If Applicable need proof of current HOA dues such as HOA statement, monthly coupon or letter from association.

    6) ***Rental Income: if applicable
    - need current lease agreement
    - need current mortgage statement with PITI amounts
    - need HOA statement if applicable (if no HOA, please provide LOE stating so)

Please do not hesitate to contact our office with any questions.

Sincerely,

*Margaret J. Cascino*

STERN & EISENBERG, P.C.