

**Margaret J. Cascino**
*Managing Attorney*

Stern & Eisenberg, PC
www.sterneisenberg.com

Woodbridge Corporate Plaza
485B Route 1 South, Suite 330
Iselin, New Jersey 08830
Telephone: (732) 582-6344
Facsimile: (732) 726-8719
mcascino@sterneisenberg.com

June 11, 2018

Judge Robert Drain
United States Bankruptcy Court
Southern District of New York

Re:         Kristen M. Farley
Case Number: 16-23672
Subject:    **Status Report of Loss Mitigation between Debtors and Creditor**

Dear Judge Drain:

Our office represents U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust by its servicer SN Servicing Corporation in the pending loss mitigation proceedings. Please accept this letter as an update on the current loss mitigation proceedings.

On May 23, 2018, Debtor's attorney was apprised that a transfer of claim was occurring on the file. On May 24, 2018, our office provided Debtor's Attorney with the new creditor's loss mitigation package to be completed.

Our office has not received a completed package as of the date of this letter, and consents to adjourning the status conference to allow debtor's attorney to submit a package for Creditor's review.

Please do not hesitate to contact our office with any questions.

Sincerely,

*Margaret J. Cascino*

STERN & EISENBERG, P.C.