

**Margaret J. Cascino**
*Managing Attorney*

Stern & Eisenberg, PC
www.sterneisenberg.com

Woodbridge Corporate Plaza
485B Route 1 South, Suite 330
Iselin, New Jersey 08830
Telephone: (732) 582-6344
Facsimile: (732) 726-8719
mcascino@sterneisenberg.com

August 10, 2018

Judge Robert Drain
United States Bankruptcy Court
Southern District of New York

    Re:        Kristen M. Farley
    Case Number: 16-23672
    Subject:    **Status Report of Loss Mitigation between Debtors and Creditor**

Dear Judge Drain:

    Our office represents U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust by its servicer SN Servicing Corporation in the pending loss mitigation proceedings. Please accept this letter as an update in advance of next week's hearing.

    On May 23, 2018, Debtor's Attorney was apprised that a transfer of claim was occurring on the file. On May 24, 2018, our office provided Debtor's Attorney with the new Creditor's loss mitigation package to be completed. On July 2, 2018, Debtor was issued a denial letter for failure to submit an updated modification package. Also on July 2, 2018, Debtor's Attorney submitted an updated financial package from Debtor. Creditor expressed to Debtor that the submitted financial package would be reviewed.

    On July 12, 2018, Creditor requested additional documents from Debtor for review. Also on July 12, 2018, Debtor's Attorney submitted additional documents for Creditor's review. On July 30, 2018, Creditor requested Debtor's insurance documents be updated to show the current Servicer, SN Servicing Corporation. On August 2, 2018, Debtor's Attorney submitted an updated insurance declaration page with the current Servicer's information. Per the Servicer, additional documents were received from Debtor's Attorney on August 8, 2018. The documents are currently under review by the Servicer.

    Please do not hesitate to contact our office with any questions.

Sincerely,

*Margaret J. Cascino*

STERN & EISENBERG, P.C.