Stern & Eisenberg, PC
www.sterneisenberg.com

Woodbridge Corporate Plaza
485B Route 1 South, Suite 330
Iselin, New Jersey 08830
Telephone: (732) 582-6344
Facsimile: (732) 726-8719
sweisblatt@sterneisenberg.com

October 16, 2018

Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York

Re:           Kristen M. Farley
Case Number:  16-23672
Subject:      **Status Report of Loss Mitigation between Debtors and Creditor**

Dear Judge Drain:

Our office represents U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust by its servicer SN Servicing Corporation in the pending loss mitigation proceedings. Please accept this letter as an update on the current loss mitigation proceedings.

On October 4, 2018, a conference call was conducted between Creditor and Debtor's Attorney in which proposed modification terms were discussed. A post-petition reinstatement letter was provided to Debtor Attorney's office on October 5, 2018 for Debtor's Attorney to review. Creditor is currently awaiting a response on whether borrower is agreeable to the terms.

Please do not hesitate to contact our office with any questions.

Sincerely,

STERN & EISENBERG, P.C.

/s/ Stacey Weissblatt
Stacey Weissblatt, Esq.