

**Stern & Eisenberg, PC**
www.sterneisenberg.com

Woodbridge Corporate Plaza
485B Route 1 South, Suite 330
Iselin, New Jersey 08830
Telephone: (732) 582-6344
Facsimile: (732) 726-8719
sweisblatt@sterneisenberg.com

October 25, 2018

Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York

Re: Kristen M. Farley
Case Number: 16-23672
<u>Subject</u>: **Status Report of Loss Mitigation between Debtor and Creditor**

Dear Judge Drain:

Our office represents U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust by its servicer SN Servicing Corporation in the pending loss mitigation proceedings. Please accept this letter as an update on the current loss mitigation proceedings.

On October 18, 2018, Creditor offered Debtor a Trial Modification Plan. The TPP is attached as Exhibit "A." The terms can be summarized as follows:

| Trial Period Payment # | P&I Payment | T&I Payment | Total Trial Period Payment | Due Date On or Before |
|---|---|---|---|---|
| **GOOD FAITH PAYMENT** | | | **$25,000.00** | **November 15, 2018** |
| 1 | $1,736.80 | $835.32 | $2,572.12 | December 01, 2018 |
| 2 | $1,736.80 | $835.32 | $2,572.12 | January 01, 2019 |
| 3 | $1,736.80 | $835.32 | $2,572.12 | February 01, 2019 |
| 4 | $1,736.80 | $835.32 | $2,572.12 | March 01, 2019 |
| 5 | $1,736.80 | $835.32 | $2,572.12 | April 01, 2019 |
| 6 | $1,736.80 | $835.32 | $2,572.12 | May 01, 2019 |
| 7 | $1,736.80 | $835.32 | $2,572.12 | June 01, 2019 |
| 8 | $1,736.80 | $835.32 | $2,572.12 | July 01, 2019 |
| 9 | $1,736.80 | $835.32 | $2,572.12 | August 01, 2019 |

The first payment and the signed TPP must be received by Servicer no later than December 1, 2018.

Please do not hesitate to contact our office with any questions.

Sincerely,

STERN & EISENBERG, P.C.

<u>/s/ Stacey Weissblatt</u>
Stacey Weissblatt, Esq.